**Pam Bassel**
**Chapter 13 Standing Trustee**
**7001 Blvd 26, Ste 150**
**North Richland Hills, TX 76180**
**Telephone: (817) 916-4710**
**Facsimile: (817) 916-4770**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: ANGEL REE SANSOM | Case No: 17-43890-RFN |
| | Prehearing Date: June 01, 2018 |
| Debtor | |

### NOTICE OF PRE-HEARING CONFERENCE AND HEARING ON
### "TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)"

TO ALL PARTIES IN INTEREST:

A Pre-Hearing Conference with the Chapter 13 Trustee concerning the attached Trustee's Recommendation Concerning Claims and Plan Modification (If Required)("TRCC") will be held at **8:30 AM** on **June 01, 2018** at **7001 Blvd 26, Suite 150, North Richland Hills, TX 76180**.

If any objections to the TRCC are not resolved or defaulted at the Pre-Hearing Conference then this matter will be called at the docket call to be held at **8:30 AM** on **June 07, 2018** at U.S. Courthouse, 10th and Lamar Streets, Room 204, Fort Worth, TX, with the hearing on the matter immediately following the conclusion of docket call.

Pursuant to the Standing Order Concerning All Chapter 13 Cases ("General Order"), unless an objection is timely filed as to the treatment of any claim or to the plan modification, if any, the claim will be treated as described in the TRCC and the modification (if any) will be approved and such treatment and/or plan modification will be final and binding on all parties, unless Section 502(j) of the Bankruptcy Code applies.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN MAY 25, 2018.

| | |
|---|---|
| DEBTOR: | ANGEL REE SANSOM, 2315 Westbrook Dr, Carrollton, TX 75007 |
| DEBTOR'S ATTORNEY: | RICHARD M WEAVER and ASSOCIATES, 5601 AIRPORT FRWY, FT WORTH, TX 76117 |
| COURT: | CLERK'S OFFICE, US BANKRUPTCY COURT, 128 U.S. COURTHOUSE, 10TH & LAMAR ST, FT. WORTH, TX 76102 |
| TRUSTEE: | TRUSTEE'S OFFICE, 7001 Blvd 26, Ste 150, North Richland Hills, TX 76180 |

/s/ Pam Bassel
Pam Bassel, Trustee/State Bar # 01344800

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the "Notice of Pre-Hearing Conference and Hearing on Trustee's Recommendation Concerning Claims and Plan Modification (If Required)" along with a copy of the "Trustee's Recommendation Concerning Claims and Plan Modification (If Required)" was served on the following parties at the address listed below by the United States First Class Mail or via electronic mail.

/s/ Pam Bassel

DEBTOR: ANGEL REE SANSOM, 2315 Westbrook Dr, Carrollton, TX 75007
ATTORNEY: RICHARD M WEAVER and ASSOCIATES, 5601 AIRPORT FRWY, FT WORTH, TX 76117

CREDITORS:

Ace Cash Advance, 1914 East Beltline Road, Carrollton, TX 75006-0000

Acs/navient, C/o Acs, Utica, NY 13501-0000

Acs/slma, ACS/Education Services, PO Box 7051, Utica, NY 13504-0000

ACSO OF TEXAS LP, 135 N CHURCH ST, SPARTANBURG, SC 29306-0000

Advance America, 13260 Josey Lane, Dallas, TX 75234-0000

ARS/Account Resolution Specialist, PO Box 459079, Sunrise, FL 33345-0000

ATTORNEY GENERAL OF TEXAS, BANKRUPTCY SECTION, 400 S ZANG BLVD STE 500, DALLAS, TX 75208

CARROLLTON FARMERS BRANCH ISD, PERDUE BRANDON FIELDER COLLINS & MOTT LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000

CHECK INTO CASH, PO BOX 550, CLEVELAND, TN 37364

Check Into Cash, 3623 N Josey Lane, Carrollton, TX 75007-0000

CMRE Financial Services, Attn: Bankruptcy, 3075 E Imperial Hwy Ste 200, Brea, CA 92821-0000

COTTONWOOD FINANCIAL, 1901 GATEWAY DR STE 200, IRVING, TX 75038

Credit Fix, 6303 Blue Lagoon Drive Ste 400, Miami, FL 33126-0000

Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, PO Box 82505, Lincoln, NE 68501-0000

DEPT OF EDUCATION, FEDLOAN SERVICING, PO BOX 69184, HARRISBURG, PA 17106

DEPT OF EDUCATION, FEDLOAN SERVICING, PO BOX 530210, ATLANTA, GA 30353

ECMC, PO BOX 16408, ST PAUL, MN 55116

ECMC, LOCKBOX #8682, PO BOX 16478, ST PAUL, MN 55116

Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0000

Fedloan, PO Box 69184, Harrisburg, PA 17106-0000

FHA Single Family Loan Mtg -, US Dept of Housing & Urban HUD, 801 Cherry St Unit 45, Fort Worth, TX 76102

First Cash Advance, 2220 Marsh Lane Suite 102, Carrollton, TX 75006-0000

FIRST CONVENIENCE BANK, PO BOX 937, KILLEEN, TX 76540-0000

First National Bank Texas, dba First Convenience Bank, PO Box 909, Killeen, TX 76540-0000

FIRST UNITED BANK & TRUST, PO BOX 1486, DURANT, OK 74702-0000

FIRST UNITED BANK & TRUST COMPANY, 2805 N DALLAS PKWY STE 525, PLANO, TX 75093-0000

GARYS USED CARS, 5515 SINGLETON BLVD, DALLAS, TX 75212-0000

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101

IRS- SPECIAL PROCEDURES STAFF, BANKRUPTCY: MAIL CODE 502DAL, 1100 COMMERCE STREET RM 9A20, DALLAS, TX 75242-0000

Jpm Chase, Po Box 7013, Indianapolis, IN 46207-0000

LINEBARGER GOGGAN BLAIR AND SAMPSON, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207-0000

Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barr, PA 18773-0000

NAVIENT ON BEHALF OF MHEAC, 100 CAMBRIDGE ST STE 1600, BOSTON, MA 02114-0000

Paragon Revenue Group, 216 Le Phillip Ct NE, Concord, NC 28025-0000

PAYPAL CREDIT, PO BOX 5138, TIMONIUM, MD 21094-0000

PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000

Case 17-43890-elm13 Doc 21 Filed 04/13/18 Entered 04/13/18 14:43:09 Page 3 of 6

CASE NO: 17-43890-RFN Page 3
ANGEL REE SANSOM
Trustee's Recommendation Concerning Claims and Plan Modification (if required)

CREDITORS: (cont'd.)

PRUYN LAW FIRM PLLC, 2311 CANAL ST STE 124, HOUSTON, TX 77003-0000

SMART PAY, PO BOX 626, SAN FRANCISCO, CA 94104-0000

TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 2777 N STEMMONS FREEWAY STE 1000, DALLAS, TX 75207-0000

The Cash Store, 4701 Frankford Road, Dallas, TX 75287-0000

Title Max, 1745 Interstate 35 Frontage Road, Carrollton, TX 75006-0000

TITLEMAX OF TEXAS, 15 BULL ST STE 200, SAVANNAH, GA 31401-0000

United Revenue Corp, 204 Billings St, Suite 120, Arlington, TX 76010-0000

US DEPT. OF HUD - TITLE 1, 52 CORPORATE CIRCLE, ALBANY, NY 12203

Veterans Adm. Dept of Veteran's Affairs, Regional Office Finance Sec. (24), One Veterans Plaza, 701 Clay Avenue, Waco, TX 76799

***Address on record invalid for recipient -- no document mailed to this party.

Date: April 13, 2018              By: /s/ Pam Bassel

Case 17-43890-elm13 Doc 21 Filed 04/13/18    Entered 04/13/18 14:43:09    Page 4 of 6

CASE NO: 17-43890-RFN   Page 4
ANGEL REE SANSOM
Trustee's Recommendation Concerning Claims and Plan Modification (if required)

**Pam Bassel**
**Chapter 13 Standing Trustee**
**7001 Blvd 26, Ste 150**
**North Richland Hills, TX 76180**
**Telephone: (817) 916-4710**
**Facsimile: (817) 916-4770**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:   ANGEL REE SANSOM** | Case No: 17-43890-RFN |
| **Debtor** | |

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

### NOTICE

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT U.S. COURTHOUSE, 10TH & LAMAR ST., ROOM 147, FORT WORTH, TEXAS, 76102, BEFORE CLOSE OF BUSINESS ON MAY 25, 2018, WHICH IS AT LEAST 30 DAYS FROM THE DATE OF SERVICE HEREOF.**

**PRIOR TO THE DATE AND TIME SET FORTH ABOVE, ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON:**

**DEBTOR:** ANGEL REE SANSOM, 2315 Westbrook Dr, Carrollton, TX 75007
**DEBTOR'S ATTORNEY:** RICHARD M WEAVER and ASSOCIATES, 5601 AIRPORT FRWY, FT WORTH, TX 76117
**TRUSTEE:** TRUSTEE'S OFFICE, 7001 Blvd 26, Ste 150, North Richland Hills, TX 76180

**IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO RESPONSE IS FILED AND/OR NO HEARING IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED UPOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN. FILING A WRITTEN RESPONSE SHALL BE CONSIDERED A REQUEST FOR HEARING.**

### RELIEF REQUESTED

The Trustee files the following Recommendation Concerning Claims and Plan Modification (If Required) and would show the Court the following:

### I.

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS NOT FILED

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. **Therefore, these creditors will not receive disbursements from the Trustee:**

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|

Case 17-43890-elm13 Doc 21 Filed 04/13/18 Entered 04/13/18 14:43:09 Page 5 of 6

CASE NO: 17-43890-RFN  Page 5
ANGEL REE SANSOM
Trustee's Recommendation Concerning Claims and Plan Modification (if required)

(cont'd.)

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 7 | ACS/NAVIENT | STUDENT LOANS | $21,385.00 |
| 9 | ARS/ACCOUNT RESOLUTION SPECIALIST | UNSECURED | $393.00 |
| 11 | CMRE FINANCIAL SERVICES | UNSECURED | $503.00 |
| 12 | CMRE FINANCIAL SERVICES | UNSECURED | $378.00 |
| 13 | CMRE FINANCIAL SERVICES | UNSECURED | $340.00 |
| 14 | CMRE FINANCIAL SERVICES | UNSECURED | $314.00 |
| 15 | CMRE FINANCIAL SERVICES | UNSECURED | $206.00 |
| 16 | CMRE FINANCIAL SERVICES | UNSECURED | $155.00 |
| 19 | FIRST CASH ADVANCE | UNSECURED | $250.00 |
| 26 | FIRST NATIONAL BANK TEXAS | UNSECURED | $568.00 |
| 22 | PARAGON REVENUE GROUP | UNSECURED | $421.00 |
| 27 | PAYPAL CREDIT | UNSECURED | $844.92 |
| 28 | SMART PAY | UNSECURED | $444.10 |
| 24 | UNITED REVENUE CORP | UNSECURED | $1,686.00 |

II.

### TRUSTEE'S RECOMMENDATIONS CONCERNING FILED CLAIMS

**UNLESS AN OBJECTION IS TIMELY FILED AS TO THE AMOUNT OR CLASSIFICATION OF ANY CLAIM LISTED BELOW, THAT CLAIM WILL BE PAID AS DESCRIBED HEREIN AND SUCH AMOUNT AND CLASSIFICATION WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.** (NOTE: Value of collateral, treatment under the Plan and interest rate were determined at Confirmation. "Interest Rate" and "Treatment" are shown below for information only.)

| CLAIM# | CURRENT MORTGAGE PAYMENTS | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 12 | FIRST UNITED BANK & TRUST COMPANY | HOMESTEAD ONGOING | | | 12/01/17 - $974.86 |

| CLAIM# | SECURED 1325(a)(9) CRD | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 9 | ACE CASH ADVANCE | 2002 NISSAN EXTERRA/ATTY FILED | $1,015.73 | 0.00% | PRO RATA-TR |
| 6 | TITLEMAX OF TEXAS | 2012 NISSAN VERSA | $4,073.09 | 0.00% | PRO RATA-TR |
| 5 | TITLEMAX OF TEXAS | 2005 NISSAN ARMADA | $2,741.18 | 0.00% | PRO RATA-TR |

| CLAIM# | SECURED CREDITORS | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 12 | FIRST UNITED BANK & TRUST COMPANY | HOMESTEAD ARREARS | $974.86 | 0.00% | PRO RATA-TR |
| 12 | FIRST UNITED BANK & TRUST COMPANY | HOMESTEAD GAP/10/17-11/17 | $1,949.72 | 0.00% | PRO RATA-TR |
| 8 | CARROLLTON FARMERS BRANCH ISD | HOMESTEAD/17 | $2,577.19 | | DIRECT-DR |

| CLAIM# | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 1 | ACSO OF TEXAS LP | $784.65 | ADVANCE AMERICA |
| 7 | CHECK INTO CASH | $392.10 | MONEY LOANED |
| 10 | DEPT OF EDUCATION | $88,700.14 | STUDENT LOANS |
| 4 | ECMC | $32,508.96 | STUDENT LOANS |
| 2 | FIRST CONVENIENCE BANK | $591.05 | LOAN |
| 3 | NAVIENT ON BEHALF OF MHEAC | $21,519.57 | STUDENT LOANS |
| 11 | COTTONWOOD FINANCIAL | $219.99 | THE CASH STORE |

Case 17-43890-elm13 Doc 21 Filed 04/13/18 Entered 04/13/18 14:43:09 Page 6 of 6

CASE NO: 17-43890-RFN  
ANGEL REE SANSOM  
Trustee's Recommendation Concerning Claims and Plan Modification (if required)  
Page 6

### III.

### **PLAN MODIFICATION**

**Excess Base Amount**

Pursuant to the Order Confirming Chapter 13 Plan previously entered in this case and any subsequent orders modifying the Chapter 13 Plan after confirmation, to the extent the Base Amount exceeds the amount needed to pay all allowed Secured, Priority, and Administrative Claims, unless otherwise provided by a Debtor Modification or order of the Court, such excess shall be paid pro-rata, after payment of the Trustee's fee, to timely filed, allowed, non-penalty, general unsecured claims up to 100%, then to late filed, allowed, non-penalty, unsecured claims up to 100%, then to penalty unsecured claims up to 100%, with any remaining balance refunded to the Debtor. The Unsecured Creditors' Pool will be adjusted accordingly.

**No Other Modification Needed**

Respectfully submitted,  
Office of the Chapter 13 Trustee, Fort Worth

/s/ Pam Bassel
_____

Pam Bassel, Trustee  
State Bar # 01344800

Dated: April 13, 2018