

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 4, 2018**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | Case Number: 17-43890-RFN |
| Angel Ree Sansom | Chapter 13 |
| | JUDGE RUSSELL F NELMS |
| DEBTOR(S) | |

**ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS,
OBJECTION TO CLAIMS, AND PLAN MODIFICATION (if required)**

CAME ON FOR CONSIDERATION the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required). The Court hereby approves such recommendation/ modification, subject to reconsideration for cause pursuant to 11 U.S.C. §502(j) and Bankruptcy Rule 3008.

It is therefore ORDERED, ADJUDGED AND DECREED that the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) is hereby approved, except:

None.

Case No:  17-43890-RFN
Angel Ree Sansom

Page 2

For purposes of distribution under the plan, Section 506 and Section 1325(a)(5) of the Bankruptcy Code, the **value** of the collateral securing any claim herein, **annual percentage rate** and **treatment** of the claim secured thereby as set forth in Section I, Paragraphs "E", "F", and "G" of the Chapter 13 Plan and Motion for Valuation as previously confirmed, is\are modified as follows:

| CREDITOR NAME | COMMENT | CLAIM AMOUNT | COLL. VALUE | ANNUAL PERCENTAGE RATE | TREATMENT (Monthly Payment Direct Surr or ProRata) | MORTGAGE MONTHS IN PLAN |
|---|---|---|---|---|---|---|
| NONE | | | | | | |

### END OF ORDER ###