Pam Bassel
Chapter 13 Standing Trustee
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE:<br>**ANGEL REE SANSOM**<br><br>**DEBTOR** | CASE NO.: 17-43890-RFN<br>CHAPTER 13<br>Pre-Hearing Conference:<br>September 14, 2018 @ 8:30 AM |

**TRUSTEE'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION**
**DATE: August 08, 2018**

**TO THE HONORABLE RUSSELL F NELMS, U.S. BANKRUPTCY JUDGE:**

Pursuant to 11 U.S.C. §1329, the Standing Chapter 13 Trustee requests the following modification of the Debtor's original or last modified Chapter 13 Plan:

1. The **SECURED** claim of **TITLEMAX OF TEXAS** in the allowed amount of **$4,073.09** shall be **"PAID DIRECT"** by the Debtor due to return of funds on Claim from the Creditor.

2. To the extent the Base Amount exceeds the amount needed to pay all allowed Secured, Priority and Administrative Claims in full, such excess shall be paid pro-rata to timely filed allowed non-penalty general unsecured claims up to 100%, then to late filed allowed non-penalty unsecured claims up to 100%, then to penalty unsecured claims up to 100%, with any remaining balance refunded to Debtor. The Unsecured Creditors' Pool will be adjusted accordingly.

3. All other provisions as set forth in the last confirmed plan remain the same.

Respectfully submitted,

By: **/s/ Pam Bassel**
Pam Bassel, Standing Chapter 13 Trustee
State Bar No. 01344800
Ethan Cartwright, Staff Attorney
State Bar No. 24068273
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Modification of Chapter 13 Plan After Confirmation" was served by electronic mail to those persons enlisted to receive electronic notice, including the attorney for the Debtor and the United States Trustee, and was served by first class mail, postage prepaid, on the Debtor(s), at the address listed on the petition and/or schedules, and on the parties listed below, on August 08, 2018:

ANGEL REE SANSOM
2315 Westbrook Dr
Carrollton, TX 75007

RICHARD M WEAVER and ASSOCIATES
5601 AIRPORT FRWY
FT WORTH, TX 76117

TITLEMAX OF TEXAS
15 BULL ST STE 200
SAVANNAH, GA 31401

/s/ Pam Bassel