```
Label Matrix for local noticing          (p)ANTERO CAPITAL  LLC                Carrollton-Farmers Branch ISD
0539-4                                   PO BOX 1931                           c/o Perdue Brandon Fielder et al
Case 17-43890-elm13                      BURLINGAME CA 94011-1931              500 E Border St, Suite 640
Northern District of Texas                                                     Arlington, TX 76010-7457
Ft. Worth
Tue Jan  8 09:29:30 CST 2019

Educational Credit Management Corporation  First United Bank & Trust           First United Bank and Trust Company
P.O. Box 16408                             c/o BDFTE, LLP                      2805 N. Dallas Parkway, Suite 525
St. Paul, MN 55116-0408                    4004 Belt Line Rd Ste. 100          Plano, TX 75093-8733
                                           Addison, TX 75001-4320

U.S. Attorney                            U.S. Attorney General                 501 W. Tenth Street
1100 Commerce, 3rd Floor                 Department of Justice                 Fort Worth, TX 76102-3637
Dallas, TX 75242-1074                    Washington, DC 20001


ACSO of Texas, LP                        ARS/Account Resolution Specialist     Ace Cash Advance
135 North Church Street                  PO Box 459079                         1914 East Beltline Road
Spartanburg, SC 29306-5138               Sunrise, FL 33345-9079                Carrollton, TX 75006-5840


Acs/navient                              Acs/slma                              Advance America
C/o Acs                                  ACS/Education Services                13260 Josey Lane
Utica, NY 13501                          PO Box 7051                           Dallas, TX 75234-4979
                                         Utica, NY 13504-7051


Attorney General of Texas                CMRE Financial Services               Carrolton Farmers Branch ISD
Bankruptcy Section                       Attn: Bankruptcy                      % Perdue Brandon Fielder Et Al
400 S Zang Blvd Ste 500                  3075 E Imperial Hwy   Ste 200         500 E. Border St. Ste. 640
Dallas, TX  75208-6640                   Brea, CA 92821-6753                   Arlington TX 76010-7457


Check Into Cash                          Check Into Cash                       Cottonwood Financial Texas, LLC
3623 N Josey Lane                        Attn:Collections                      1901 Gateway Dr Suite 200
Carrollton, TX 75007-3136                PO Box 550                            Irving, TX 75038-2425
                                         Cleveland, TN 37364-0550


Credit Fix                               Dept Of Ed/582/nelnet                 FHA Single Family Loan Mtg -
6303 Blue Lagoon Drive Ste 400           Attn: Claims/Bankruptcy               US Dept of Housing & Urban HUD
Miami, FL 33126-6040                     PO Box 82505                          801 Cherry St Unit 45
                                         Lincoln, NE 68501-2505                Fort Worth, TX  76102-6882


FIRST CONVENIENCE BANK                   Fed Loan Serv                         Fedloan
P.O. BOX 937                             Po Box 60610                          PO Box 69184
KILLEEN, TX 76540-0937                   Harrisburg, PA 17106-0610             Harrisburg, PA 17106-9184


First Cash Advance                       First Convenience Bank FS Loan        First National Bank Texas
2220 Marsh Lane Suite 102                PO Box 937                            dba First Convenience Bank
Carrollton, TX 75006-2613                Killeen, TX 76540-0937                PO Box 909
                                                                               Killeen, TX 76540-0909
```

First United Bank & Trust
PO Box 1486
Durant, OK 74702-1486

Garys Used Cars
5515 Singleton Blvd
Dallas, TX 75212-3124

IRS
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jpm Chase
Po Box 7013
Indianapolis, IN 46207-7013

NAVIENT/BLUE RIDGE FUNDING on behalf of MHEA
Keith Coburn
MHEAC d/b/a ASA
100 Cambridge Street, Suite 1600
Boston, MA 02114-2518

Navient
Attn: Bankruptcy
PO Box 9500
Wilkes-Barr, PA 18773-9500

Navient Solutions, LLC. on behalf of
Educational Credit Management Corporatio
PO BOX 16408
St. Paul, MN 55116-0408

Paragon Revenue Group
216 Le Phillip Ct NE
Concord, NC 28025-2954

Pay Pal Credit
PO Box 5138
Timonium, MD 21094-5138

Richard M. Weaver & Associates
5601 Airport Freeway
Fort Worth, TX 76117-6004

Smart Pay Lease
PO Box 626
San Francisco, CA 94104-0626

The Cash Store
4701 Frankford Road
Dallas, TX 75287-7144

Title Max
1745 Interstate 35 Frontage Road
Carrollton, TX 75006-7417

(p)TMX FINANCE LLC FORMERLY TITLEMAX
15 BULL STREET
SUITE 200
SAVANNAH GA 31401-2686

U.S. Department of Education
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

US Dept. of Hud - Title 1
52 Corporate Circle
Albany, NY 12203-5166

United Revenue Corp
204 Billings St
Suite 120
Arlington, TX 76010-2495

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Veterans Adm. Dept of Veteran's Affairs
Regional Office Finance Sec. (24)
One Veterans Plaza
701 Clay Avenue
Waco, TX 76799-0001

Angel Ree Sansom
2315 Westbrook Drive
Carrollton, TX 75007-5742

Pam Bassel
7001 Blvd 26
Suite 150
North Richland Hills, TX 76180-8811

Richard M. Weaver
Richard M. Weaver & Associates
5601 Airport Freeway
Fort Worth, TX 76117-6004

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Antero Capital, LLC
PO BOX 1931
BURLINGAME, CA 94011-1931

(d)ANTERO CAPITAL, LLC
PO BOX 1931
BURLINGAME, CA 94011-1931

IRS- Special Procedures Staff
Bankruptcy: Mail Code 502DAL
1100 Commerce Street RM 9a20
Dallas, TX 75242

TitleMax of Texas, Inc. d/b/a TitleMax
15 Bull Street, Suite 200
Savannah, GA 31401

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)Educational Credit Management Corporation<br>PO Box 16408<br>St. Paul, MN 55116-0408 | (d)First United Bank & Trust Company<br>2805 N. Dallas Pkwy, Ste. 525<br>Plano, TX 75093-8733 | End of Label Matrix<br>Mailable recipients   52<br>Bypassed recipients   2<br>Total   54 |
|---|---|---|