Richard M. Weaver
State Bar No. 21010820
5601 Airport Freeway
Ft. Worth, TX  76117
817-222-1108
817-222-1168 (fax)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| IN RE: | | |
| Angel Ree Sansom | § | CASE NO.:  17-43890-13 |
|  | § | |
|  | § | CHAPTER 13 |
|  | § | |
| Debtor(s) | § | JUDGE Edward L. Morris |

**NOTICE OF HEARING
ON "DEBTOR'S(S') MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION"**

Notice is hereby given that pursuant to 11 U.S.C. Section 1329, the attached **Debtor's(s') Modification of Plan after Confirmation** dated January 8, 2019, will be approved by the Court without a hearing, as the **Debtor's(s') Modified Chapter 13 Plan** unless a party in interest files a written **"Objection to Modification"** within  five (5) business days prior to the Pre-hearing Conference notice below, and provided the Modified Plan is recommended by the Standing Chapter 13 Trustee and the Debtor has made any subsequent payments under the Modified Plan.

An **"Objection to Modification"** shall be in writing and filed with the Bankruptcy Clerk at the following address:

Clerk
United State Bankruptcy Court
10th and Lamar Street
Fort Worth, TX  76102

**with a copy mailed or electronically serviced on the same day to:**

| **Trustee:** | AND | **Debtor or Debtor's Attorne**y: |
|---|---|---|
| Pam Bassel | | Richard M. Weaver |
| Standing Ch. 13 Trustee | | 5601 Airport Freeway |
| 7001 Blvd. 26 suite 150 | | Ft. Worth, TX  76117 |
| Ft. Worth, TX  76180 | | |

## NOTICE OF COURT HEARING AND
## TRUSTEE'S PRE-HEARING CONFERENCE

On **February 1, 2019** which is at least twenty-one (21) days from the date of service hereof, a Pre-hearing Conference with the Standing Chapter 13 Trustee, on the attached Debtor's(s') **"Modification of Plan After Confirmation" will be held at 8:30 AM at 7001 Blvd. 26 suite 150, Fort Worth, Texas, 76180.**

Any Objections to the proposed Modification not resolved at the Trustee's Pre-Hearing Conference will be heard by the Court at **8:30 AM on February 7, 2019** at: the United States Bankruptcy Courthouse 501 West 10th Street, Fort Worth, Texas 76102.

**YOU DO NOT HAVE TO ATTEND THE TRUSTEE'S PRE-HEARING CONFERENCE OR COURT HEARING UNLESS YOU OBJECT TO THE MODIFICATION.**

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the above "Notice of Hearing on Debtor's(s') Modification of Plan After Confirmation" and "Notice of Court Hearing and Trustee's Pre-Hearing Conference" thereon with a copy of the "Debtor's(s') Modification of Plan After Confirmation" was served by United States First Class Mail, postage paid, or electronically by the Court, upon Debtor, Chapter 13 Trustee, the parties listed on the Debtor's mailing Matrix on file with the Court, those parties making appearance, and upon the office of the United States Trustee for the Northern District of Texas.

By: /s/ Richard M. Weaver
Richard M. Weaver