Office of the Standing Chapter 13 Trustee
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710

Case 17-43890-elm13 Doc 37 Filed 03/19/19    Entered 03/19/19 15:37:41    Page 1 of 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | Case No. 17-43890-ELM |
| ANGEL REE SANSOM (xxx-xx-7205) | Pre-Hearing Conference: 7/5/2019 8:30 AM |
| 2315 WESTBROOK DR<br>CARROLLTON, TX  75007 | CHAPTER 13 |
| Debtor | |

**NOTICE TO DEEM MORTGAGE CURRENT OR, ALTERNATIVELY, NOTICE OF AMOUNT DEEMED
NECESSARY TO CURE (INCLUDING NOTICE OF HEARING)
(Mid Case Mortgage Notice per Local Bankruptcy Rule 3002.1-1)**

**RESPONSE REQUIRED BY CREDITOR**

RE: FIRST UNITED BANK & TRUST COMPANY, Court Claim No. 12, Account No. 0390, Property: 2315 WESTBROOK DR

**TO ALL PARTIES IN INTEREST**

PURSUANT TO LOCAL RULE 3002.1-1, THE CHAPTER 13 TRUSTEE, PAM BASSEL, FILES THIS NOTICE TO DEEM MORTGAGE CURRENT OR, ALTERNATIVELY, NOTICE OF AMOUNT DEEMED NECESSARY TO CURE ("MORTGAGE NOTICE").

A SCHEDULING ORDER WILL BE SERVED BY THE BANKRUPTCY CLERK WHICH WILL ESTABLISH SPECIFIC, IMPORTANT, AND MANDATORY DATES AND DEADLINES CONCERNING THIS MORTGAGE NOTICE, AS WELL AS OTHER REQUIREMENTS ("SCHEDULING ORDER").  IF THERE IS ANY CONFLICT BETWEEN THE SCHEDULING ORDER AND THIS MORTGAGE NOTICE, THE SCHEDULING ORDER WILL CONTROL.

PURSUANT TO LOCAL BANKRUPTCY RULE 3002.1-1, ON OR BEFORE SIXTY (60) DAYS FROM THE DATE OF SERVICE OF THIS MORTGAGE NOTICE, THE HOLDER OF A CLAIM COVERED BY THIS MORTGAGE NOTICE SHALL FILE A WRITTEN RESPONSE WITH THE CLERK OF THE COURT AT 128 U.S. COURTHOUSE, 10TH & LAMAR ST., ROOM 147, FORT WORTH, TEXAS, 76102 & SHALL SERVE THE RESPONSE ON THE DEBTOR, DEBTOR 'S ATTORNEY AND THE TRUSTEE AND ANY OTHER PARTY IN INTEREST. THE RESPONSE SHALL INDICATE WHETHER THE HOLDER DISPUTES THE INFORMATION CONTAINED IN THIS MORTGAGE NOTICE. THE RESPONSE SHALL ALSO ITEMIZE ANY CURE AMOUNTS OR POST -PETITION ARREARAGES THAT THE HOLDER CONTENDS EXIST ON THE DATE OF THE RESPONSE. THE DEBTOR MAY FILE A REPLY WITHIN NINETY  (90) DAYS FROM THE DATE OF THE FILING OF THIS MORTGAGE NOTICE.

PURSUANT TO LOCAL BANKRUPTCY RULE 3002.1-1, THE COURT SHALL, AFTER NOTICE AND HEARING, DETERMINE WHETHER OR NOT THE DEBTOR IS CURRENT ON ALL REQUIRED POST -PETITION AMOUNTS. IF THE HOLDER OF A CLAIM FAILS TO RESPOND AND/OR THE DEBTOR FAILS TO REPLY, THE COURT MAY MAKE THIS DETERMINATION BY DEFAULT .  AN ORDER SHALL BE ISSUED REFLECTING ANY DETERMINATION BY THE COURT.

IF A RESPONSE AND/OR REPLY IS TIMELY FILED, A HEARING ON THIS MORTGAGE NOTICE SHALL BE DEEMED REQUESTED.  THE PRE -HEARING CONFERENCE SHALL BE HELD AT 8:30 AM ON July 05, 2019 AT 7001 BLVD 26, SUITE150, NORTH RICHLAND HILLS, TEXAS, 76180. UNLESS THIS MATTER IS RESOLVED BY THE TIME OF THE PRE-HEARING CONFERENCE, A HEARING BEFORE THE COURT ON THIS MORTGAGE NOTICE SHALL BE SET FOR 8:30 AM, ON July 11, 2019 AT THE U.S. BANKRUPTCY COURT, 501 W 10TH STREET, RM 204, FORT WORTH, TEXAS.

THE ENTRY OF ANY ORDER BY THE COURT ON THIS MORTGAGE NOTICE, WHETHER BY DEFAULT OR OTHERWISE, SHALL PRECLUDE THE HOLDER OF THE CLAIM AND THE DEBTOR FROM CONTESTING THE AMOUNTS SET FORTH IN THE ORDER IN ANY CONTESTED MATTER OR ADVERSARY PROCEEDING IN THIS CASE OR IN ANY OTHER MATTER, MANNER, OR FORUM AFTER A DISCHARGE IN THIS CASE, UNLESS THE COURT DETERMINES, AFTER NOTICE AND HEARING, THAT THE FAILURE TO RESPOND AND/OR REPLY WAS SUBSTANTIALLY JUSTIFIED OR IS HARMLESS.

**PLAN DELINQUENCY**

To the Trustee's knowledge, the Debtor has a current PLAN PAYMENT DELINQUENCY amount of $0.00.

## PRE-PETITION

### SUMMARY OF PAYMENTS

**FIRST UNITED BANK & TRUST COMPANY**

Claim Type: Mortgage Pre Arrs - Pro Rata  **Trustee Claim #1**  **Claim Amount: $974.86**

**TOTAL DISBURSED**  (Principal Paid + Interest Paid)  Total Paid  Principal Amount Due:
$974.86 + $0.00 =  $974.86  $0.00

## ONGOING MORTGAGE PAYMENT

### SUMMARY OF PAYMENTS

**FIRST UNITED BANK & TRUST COMPANY**

Claim Type: Mortgage Ongoing  **Trustee Claim #2**

**TOTAL DISBURSED**  (Principal Paid + Interest Paid)  Total Paid
$13,648.04 + $0.00 =  $13,648.04

Payments made Dec 2017 through Jan 2019.

## POST-PETITION

### SUMMARY OF PAYMENTS

**FIRST UNITED BANK & TRUST COMPANY**

Claim Type: Mortgage Gap - Pro Rata  **Trustee Claim #3**  **Claim Amount: $1,949.72**

**TOTAL DISBURSED**  (Principal Paid + Interest Paid)  Total Paid  Principal Amount Due:
$1,949.72 + $0.00 =  $1,949.72  $0.00

**MONTHLY ONGOING POST-PETITION MORTGAGE PAYMENTS**

The **CURRENT MONTHLY ONGOING POST-PETITION MORTGAGE PAYMENT** is to be paid to the Mortgage Lender through disbursements by the Chapter 13 Trustee. Subject to Rule 3002.1(f)-(h), if the Conduit Debtor is current on Plan Payments to the Trustee or the payments due pursuant to any wage directive, the Mortgage Loan shall be deemed current post-petition.

**IF A RESPONSE IS NOT FILED, THE DEBTOR'S ONGOING POST-PETITION MORTGAGE PAYMENTS WILL BE DEEMED CURRENT.**

Case 17-43890-elm13 Doc 37 Filed 03/19/19 Entered 03/19/19 15:37:41 Page 3 of 3
Notice to Deem Mortgage Current or Alternatively, Notice of Amount Deemed Necessary to Cure
ANGEL REE SANSOM
Page 3

**Date: 03/19/2019**

**RESPECTFULLY SUBMITTED,**

/s/ Pam Bassel
Pam Bassel, Trustee
State Bar No. 01344800
Office of the Standing Chapter 13 Trustee
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on March 19, 2019, either electronically or via U.S. First Class Mail.

ANGEL REE SANSOM, 2315 Westbrook Dr, Carrollton, TX 75007
BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP, 4004 BELT LINE RD STE 100, ADDISON, TX 75001
FIRST UNITED BANK & TRUST COMPANY, 2805 N DALLAS PKWY STE 525, PLANO, TX 75093
PRUYN LAW FIRM PLLC, 2311 CANAL ST STE 124, HOUSTON, TX 77003
RICHARD M WEAVER and ASSOCIATES, 5601 AIRPORT FRWY, FT WORTH, TX 76117