Case No: 17-43890-ELM-13

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

Fort Worth Division

| | | | |
|---|---|---|---|
| In re: | ANGEL REE SANSOM | Case No: | 17-43890-ELM-13 |
| | | Chapter: | 13 |

Property Address: 2316 WESTBROOK DR, CARROLLTON, TX 75007

Last four digits of any number you use to
Identify the Debtor's account:   0390

Court Claim No. (if known)   12

### STATEMENT IN RESPONSE TO NOTICE OF AMOUNT DEEMED NECESSARY TO CURE MORTGAGE ARREARS UNDER L.B.R. 3002-2

FIRST UNTIED BANK & TRUST
("Creditor") hereby responds to that certain Notice of Amount Deemed Necessary to Cure Mortgage Arrears ("Cure Notice") dated March 19, 2019 and filed as Docket 37 that as of the date of this response Creditor:

### Pre-Petition Amounts Received

Applicable option is checked

☒ Agrees that the Trustee has paid the amounts listed on the Cure Notice towards the Creditor's claim.

☐ Disagrees that the Trustee has paid the amounts listed on the Cure Notice towards Creditor's claim. Creditor states that the total amount received as of the date of this response is:

Total Amount Due:   $0.00

Attached is an itemized Statement of amounts paid through the date listed on the Statement.

### Post-Petition Amounts Outstanding

Applicable option is checked

☐ Agrees that Debtors are current with respect to all post-petition payments, fees and costs, whether paid directly to Creditor or being paid through Debtor's Chapter 13 Plan as of the date of this response.

☒ Disagrees that Debtors are current with respect to all post-petition payments, fees and costs as of the date of the Cure Notice and states that the total amount to cure the post-petition arrearage as of the date of this response is:

Total Amount Due:   $12,752.48   *

Attached is an itemized Statement of the post-petition arrearage due and owing through the date listed on the Statement. The outstanding amounts identified on the Statement do not reflect amounts that became or may become due after the date listed therein, including any fees that may have been incurred in the preparation, filing or prosecution of this Cure Notice.

The outstanding amounts identified on the attached Statements may not, due to timing, reflect all payments sent to Creditor as of the date stated therein. In addition, the amounts due may include payments reflected on the Notice of Amount Deemed Necessary to Cure Mortgage Arrears but which have not yet been received and/or processed by Creditor.

# UNITED STATES BANKRUPTCY COURT

X /s/ PAUL KIM                                             X   05/02/2019
   Signature                                                   Date (MM/DD/YYYY)

First Name: **PAUL**        Middle Name:            Last Name: **KIM**

Title: **Attorney for Creditor**

Company **BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**

Address **4004 Belt Line Rd Ste. 100**

City **ADDISON**        State: **TX**        Zip: **75001**

Phone **(972) 386-5040**

Case No:  17-43890-ELM-13

# UNITED STATES BANKRUPTCY COURT

### CERTIFICATE OF SERVICE

I hereby certify that on May 02, 2019, a true and correct copy of the Statement in Response to Notice of Amount Deemed Necessary to Cure Mortgage Arrears Under L.B.R. 3002-2 was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ PAUL KIM                                           05/02/2019
PAUL KIM
TX NO. 24001182
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
Telephone: (972) 386-5040
Facsimile: (972) 661-7725
E-mail:  NDECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

Case No: 17-43890-ELM-13

# UNITED STATES BANKRUPTCY COURT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
ANGEL REE SANSOM
2315 WESTBROOK DRIVE
CARROLLTON, TX 75007

**DEBTOR'S ATTORNEY:**
RICHARD M. WEAVER
5601 AIRPORT FRWY.
FORT WORTH, TX  76117

**TRUSTEE:**
PAM BASSEL
7001 BLVD 26
SUITE 150
NORTH RICHLAND HILLS, TX  76180

**UNITED STATES TRUSTEE:**
1100 COMMERCE STREET
ROOM 976
DALLAS, TX  75242