## Schedule of Outstanding Post-Petition Claim Amounts

| Fee Description | Fee Amount |
|---|---|
| 10/1/18 – 4/1/19 @ $1,577.85 | $11,044.95 |
| 5/1/19 @ $1,653.31 | $1653.31 |
| Balance due on GAP payments | $1205.98 |
|  |  |
|  |  |
|  |  |
| SUSPENSE | $1,151.76 |
| TOTAL DUE POST PETITION | $12,752.48 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BK Case | 17-43890 | | | | | | | | |
| Filing Date | 9/25/2017 | | | | | | | | |
| First Post pet date | 10/1/2017 | | | * If prior than 12/2011 payment changes were not required to be filed with the courts or with Proof of claim | | | | | |
| **Pmt Change Filed** | | **Effective** | **Amount** | | | | | | |
| POC pmt Filed | | 9/1/2017 | $1,577.85 | (9/17 payment in the claim) | | | | | |
| Pmt Change Filed | | | | 10/17 and 11/17 GAP | 12/17 starts ongoing by trustee | | | | |
| Pmt Change Filed | | 5/1/2019 | $1,653.31 | | | | | | |
| Pmt Change Filed | | | | | | | | | |
| Pmt Change Filed | | | | | | | | | |
| Pmt Change Filed | | | | | | | | | |
| Pmt Change Filed | | | | | | | | | |
| Pmt Change Filed | | | | | | | | | Trustee Suspense |
| Date Rcvd | Amount | trustee funds | | Amount Due | | Due Date | Debtor Suspense | | |
| | | | | | | | | | |
| 2/27/2018 | $3,899.44 | | | $1,577.85 | | 12/1/2017 | $2,321.59 | | |
| 2/27/2018 | | $ 1,457.12 | GAP payment | | | | $2,321.59 | $ | 1,457.12 |
| | | | | $1,577.85 | | 1/1/2018 | $743.74 | $ | 1,457.12 |
| 3/27/2018 | $974.86 | | | $1,577.85 | | 2/1/2018 | $140.75 | $ | 1,457.12 |
| 3/27/2018 | | $ 492.60 | GAP payment | | | | $140.75 | $ | 1,949.72 |
| | | $ (1,577.85) | | | apply 10/1/17 GAP | | $140.75 | $ | 371.87 |
| | | $ (1,577.85) | | | DUE 11/1/17 GAP | | $140.75 | $ | (1,205.98) |
| 4/30/2018 | $974.86 | | | | | | $1,115.61 | $ | (1,205.98) |
| 5/29/2018 | $974.86 | | | $1,577.85 | | 3/1/2018 | $512.62 | $ | (1,205.98) |
| 6/26/2018 | $974.86 | | | | | | $1,487.48 | $ | (1,205.98) |
| 7/31/2018 | $974.86 | | | $1,577.85 | | 4/1/2018 | $884.49 | $ | (1,205.98) |
| 8/28/2018 | $974.86 | | | $1,577.85 | | 5/1/2018 | $281.50 | $ | (1,205.98) |
| 9/25/2018 | $974.86 | | | | | | $1,256.36 | $ | (1,205.98) |
| 10/30/2018 | $974.86 | | | $1,577.85 | | 6/1/2018 | $653.37 | $ | (1,205.98) |
| 11/30/2018 | $974.86 | | | $1,577.85 | | 7/1/2018 | $50.38 | $ | (1,205.98) |
| 12/26/2018 | $974.86 | | | | | | $1,025.24 | $ | (1,205.98) |
| 4/24/2019 | $3,282.22 | | | $1,577.85 | | 8/1/2018 | $2,729.61 | $ | (1,205.98) |
| | | | | $1,577.85 | DUE | 9/1/2018 | $1,151.76 | $ | (1,205.98) |
| | | | | $1,577.85 | DUE | 10/1/2018 | -$426.09 | $ | (1,205.98) |
| | | | | $1,577.85 | DUE | 11/1/2018 | -$2,003.94 | $ | (1,205.98) |
| | | | | $1,577.85 | DUE | 12/1/2018 | -$3,581.79 | $ | (1,205.98) |
| | | | | $1,577.85 | DUE | 1/1/2019 | -$5,159.64 | $ | (1,205.98) |
| | | | | $1,577.85 | DUE | 2/1/2019 | -$6,737.49 | $ | (1,205.98) |
| | | | | $1,577.85 | DUE | 3/1/2019 | -$8,315.34 | $ | (1,205.98) |
| | | | | $1,577.85 | DUE | 4/1/2019 | -$9,893.19 | $ | (1,205.98) |
| | | | | $1,653.31 | DUE | 5/1/2019 | -$11,546.50 | $ | (1,205.98) |