Richard M. Weaver
State Bar No. 21010820
5601 Airport Freeway
Ft. Worth, TX  76117
817-222-1108
817-222-1168 (fax)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE:<br>Angel Ree Sansom<br>xxx-xx-7205 | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO.:  17-43890-13<br><br>CHAPTER 13 |
| 2315 Westbrook Drive<br>Carrollton, TX 75007<br><br>Debtor(s) | §<br>§<br>§<br>§<br>§ | JUDGE Edward L. Morris |

### AMENDED DEBTOR'S(S') MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION
**DATE:**  June 5, 2019

**To the Honorable Bankruptcy Judge:**

Pursuant to 11 USC 1329 the Debtor request the following modification(s) to the Debtor's(s') Confirmed Chapter 13 Plan herein:

### HISTORY OF CASE

| | |
|---|---|
| PETITION DATE:  September 25, 2017 | TOTAL PAID IN:     $ 33,450.00 |
| 341 DATE:             October 31, 2017 | AMOUNT DUE:        $ 35,340.00 |
| CONFIRMATION:  January 5, 2018 | OLD PLAN BASE :  $ 65,580.00 |

### MODIFICATION(S) OF DEBTOR'S(S') PAYMENTS TO TRUSTEE

**Change monthly payment amount from $1,890.00 per month to the following:**
**$1,890.00 per month for 6 more months, then $2,410.00 per month for the final 34 months.**

**The above changes(s) will result in a new "BASE AMOUNT" (total payments due to the Trustee under the Plan, if all payments are timely made) of $126,730.00.**

**AND**

**Plan payments to the Trustee as listed above will resume on or before June 25, 2019 (within 30 days from this request).**

### MODIFICATION OF PAYMENTS TO CREDITOR(S)

Change treatment of the following claim:

| Name | Collateral | Treatment | No. | Class | Sched Amt | Claim Amt | %Rate | Value |
|---|---|---|---|---|---|---|---|---|
| **ADD:** First United Bank & Trust | House | Pro-Rata | ** | Secured | $12,752.48 | $12,752.48 | ---- | --- |

**\*\* No Claim has been assigned by the Trustee yet, but this post petition claim is per the Mortgage Company's Response to the Mid-Case Audit, but to the Trustee failing to pay the correct mortgage payment for months. See Exhibit A**

On secured claims if collateral is shown as surrender and if collateral is real property, then automatic stay is terminated as to creditor as of surrender date permit said creditor to conduct a non-judicial foreclosure sale, pursuant to General Order 2017-01, paragraph 4e.

### DEBTOR'S(S') ATTORNEY FEES

Debtor's(s') attorney shall be allowed an additional fee for this Modification in the total amount of $400.00, of which $400.00 will be paid through the plan by the Trustee pro rata, after payments specified monthly and before any other pro rata payments.

### REASON(S) FOR MODIFICATION

This Modification is requested for the following reason(s):

_____**X**_____ (1) To Cure plan arrears to the Trustee, if any, at the time if this Modification.

_____ (2) To provide or modify treatment for Secured, Priority or Unsecured claim not previously provided for.

_____ (3) To make plan sufficient (based on allowed claim).

_____**X**_____ (4) To modify the Unsecured Creditors' Pool to $0. Debtor's Plan was Confirmed at $0 Plan.

_____ (5) To modify percentage to Unsecured Creditors in a pre 10/17/05 case from _____% to _____%.

_____**X**_____ (6) Other: Add the post petition mortgage arrears with First United Bank and Trust, per the Mid Case Audit. This case has always been a Conduit Plan, but the Trustee failed to pay

the correct amount to the Mortgage Company for the on-going payment, by failing to read the mortgage Proof of Clam Correctly. Debtor is filing this Modification to correct the Trustee's mistake.

**EXCESS BASE AMOUNT**
  **To the Extent the Base amount exceeds the amount needed to pay all allowed Secured, Priority, and Administrative Claims, unless otherwise provided by a Trustee's Modification or ordered of the Court, such excess shall not be disbursed by the Trustee.**

All other provisions as set forth in the last confirmed plan remain the same.

DATE:  06/05/2019                 BY: /s/ Richard M. Weaver
                            Richard M. Weaver
                            State Bar No.: 21010820
                            5601 Airport Freeway
                            Ft. Worth, TX  76117
                            Phone No.:(817)222-1108