Richard M. Weaver
State Bar No. 21010820
5601 Airport Freeway
Ft. Worth, TX  76117
817-222-1108
817-222-1168 (fax)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| Angel Ree Sansom, | § | CASE NO.:  17-43890-13 |
| | § | |
| | § | |
| | § | CHAPTER 13 |
| | § | |
| | § | |
| Debtor | § | JUDGE Edward L. Morris |

**DEBTOR'S(S') WITNESS AND EXHIBIT LIST**
**DATE:**  July 9, 2019

**WITNESS LIST:**

**1) Angel Sansom**

**2) Representative from Pam Bassel's office**

| EXHIBIT LIST: | OFFERED | ADMITTED |
|---|---|---|
| **A)  Amended Debtor's Modification of Chapter 13 Plan after Confirmation 6/5/2019** | _____ | _____ |
| **B)  Trustee's Objection to Debtor's Modification of Chapter 13 Plan after Confirmation  6/11/19** | _____ | _____ |
| **C)  Response of First United Bank & Trust in Opposition to Trustee's Objection to Debtor's Modification of Chapter 13 Plan after Confirmation 6/18/19** | _____ | _____ |
| **D)  Response to Trustee's Objection to Debtor's Modification after Confirmation 7/2/19** | _____ | _____ |
| **E)  Statement in Response to Notice of Amount Deemed Necessary to Cure Mortgage Arrears Under L.B.R. 3002-2  5/2/19** | _____ | _____ |

**F)  Reply to Response to Notice to Deem Mortgage Current or, Alternatively, Notice of Amount Deemed Necessary to Cure  5/3/19**                                                    _____          _____

**G)  Debtor's Reply to the Response to Notice of Amount Deemed Necessary to Cure Mortgage Arrears  7/2/19**                                                    _____          _____

**H)  Debtor's Chapter 13 Plan 9/25/17**                                                    _____          _____

**I)  Amended 11/15/17 Debtor's Chapter 13 Plan**                                                    _____          _____

**J)  Proof of Claim # 12 (First United Bank and Trust Company) 1/29/18**                                                    _____          _____

**K)  Trustee's Recommendation Concerning Claims and Plan Modification if Required  4/13/18**                                                    _____          _____

**L)  Trustee's Payment History for Claim 2 - First United Bank & Trust Company (Mortgage Ongoing)**                                                    _____          _____

**M)  Any other witnesses and exhibits offered timely, by any other parties of interest.**

                                                Respectfully submitted,

                         BY:  /s/ Richard M. Weaver
                               Richard M. Weaver
                               State Bar No.: 21010820
                               5601 Airport Freeway
                               Ft. Worth, TX  76117
                               Phone No.:(817)222-1108

## **CERTIFICATE OF SERVICE**

  Pursuant to the Local Rules of this Court, I certify under penalty of perjury on July 9, 2019, a true and exact copy of the foregoing Debtor's Witness and Exhibit List was served on all necessary parties via the court's ECF system.

s/ Richard M. Weaver
Counsel for Debtor

Pam Bassel
Trustee

Abbey Dreher
Attorney for First United Bank & Trust Company

Angel Sansom
Debtor