Richard M. Weaver
State Bar No. 21010820
5601 Airport Freeway
Ft. Worth, TX  76117
817-222-1108
817-222-1168 (fax)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:
Angel Ree Sansom,   §   CASE NO.:  17-43890-13
　　　　　　　　　　§
　　　　　　　　　　§
　　　　　　　　　　§   CHAPTER 13
　　　　　　　　　　§
　　　　　　　　　　§
　　　Debtor　　　　§   JUDGE Edward L. Morris

**AMENDED DEBTOR'S(S') WITNESS AND EXHIBIT LIST**
**DATE:**  July 10, 2019

**WITNESS LIST:**

**1)  Angel Sansom**

**2)  Representative from Pam Bassel's office**

| **EXHIBIT LIST:** | **OFFERED** | **ADMITTED** |
|---|---|---|
| **A)  Amended Debtor's Modification of Chapter 13 Plan after Confirmation 6/5/2019** | _____ | _____ |
| **B) Response of First United Bank & Trust in Support of Debtor's Modification of Chapter 13 Plan after Confirmation 6/18/19** | | |
| **C)  Trustee's Objection to Debtor's Modification of Chapter 13 Plan after Confirmation  6/11/19** | _____ | _____ |
| **D)  Response of First United Bank & Trust in Opposition to Trustee's Objection to Debtor's Modification of Chapter 13 Plan after Confirmation 6/18/19** | _____ | _____ |
| **E)  Debtor's Response to Trustee's Objection to Debtor's Modification after Confirmation 7/2/19** | _____ | _____ |

**F)  Statement in Response to Notice of Amount Deemed Necessary to Cure Mortgage Arrears Under L.B.R. 3002-2  5/2/19**               _____        _____

**G)  Trustee's Reply to Response to Notice to Deem Mortgage Current or, Alternatively, Notice of Amount Deemed Necessary to Cure  5/3/19**               _____        _____

**H)  Debtor's Reply to the Response to Notice of Amount Deemed Necessary to Cure Mortgage Arrears  7/2/19**               _____        _____

**I)  Debtor's Chapter 13 Plan 9/25/17**               _____        _____

**J)  Amended 11/15/17 Debtor's Chapter 13 Plan**               _____        _____

**K)  Proof of Claim # 12 (First United Bank and Trust Company) 1/29/18**               _____        _____

**L)  Trustee's Recommendation Concerning Claims and Plan Modification if Required  4/13/18**               _____        _____

**M)  Trustee's Payment History for Claim 2 - First United Bank & Trust Company (Mortgage Ongoing)**               _____        _____

**N**
**)  Any other witnesses and exhibits offered timely, by any other parties of interest.**

                        Respectfully submitted,

                 BY:  /s/ Richard M. Weaver
                      Richard M. Weaver
                      State Bar No.: 21010820
                      5601 Airport Freeway
                      Ft. Worth, TX  76117
                      Phone No.:(817)222-1108

## **CERTIFICATE OF SERVICE**

      Pursuant to the Local Rules of this Court, I certify under penalty of perjury on July 10, 2019, a true and exact copy of the foregoing Amended Debtor's Witness and Exhibit List was served on all necessary parties via the court's ECF system.

                                                s/ Richard M. Weaver
                                                   Counsel for Debtor

Pam Bassel
Trustee

Abbey Dreher
Attorney for First United Bank & Trust Company

Angel Sansom
Debtor