OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
7001 Blvd 26, Ste 150
North Richland Hills, TX  76180

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 17-43890-ELM |
| | § | |
| ANGEL REE SANSOM | § | CHAPTER 13 |
| | § | |
| | § | JUDGE EDWARD L. MORRIS |
| DEBTOR(S), | § | |

---

**TRUSTEE'S 14 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE
FOR DISMISSAL PER STANDING ORDER CONCERNING ALL CHAPTER 13 CASES**

---

<u>NOTICE OF HEARING TO THE DEBTOR AND DEBTOR'S ATTORNEY OF RECORD</u>

You are notified of the filing of the foregoing Trustee's Notice.  **A pre-hearing conference on the Trustee's Notice will be held on 11/1/2019 at 8:30 AM by the Trustee at 7001 Blvd 26, Suite 150, North Richland Hills, TX 76180.**  Any objection or response to the proposed NOTICE not resolved or defaulted at the pre-hearing conference will be called at the docket call to be held at 8:30 a.m. on 11/7/2019, at the U.S. Bankruptcy Court, 501 W. 10th Street, Room 204, Fort Worth, Texas, with the hearing on the matter set immediately following the conclusion of the docket call.  **YOU DO NOT HAVE TO ATTEND THE TRUSTEE'S PRE-HEARING CONFERENCE OR THE  COURT HEARING UNLESS YOU OPPOSE DISMISSAL OF THE CASE.  ALL PAYMENTS DUE PRIOR TO THE HEARING MUST BE PAID CURRENT BY THE PRE-HEARING CONFERENCE IN ORDER FOR THE TRUSTEE TO WITHDRAW THIS NOTICE TO DISMISS.**

---

**Notice is HEREBY GIVEN** to the above named Debtor and to the Debtor's Attorney that the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s) :

The Debtor did not pay to the Trustee when due one or more payments (except the first) specified in Debtor's Plan, as required by the Standing Order Concerning All Chapter 13 Cases ("General Order").

1.    The exact dollar amount due to completely bring all payments current as of the 14th day after the date of this Notice is **$2,535.00**.

**(MAIL CERTIFIED PAYMENTS TO PO BOX 1201, MEMPHIS, TN 38101-1201)**

2.    Due date is **October 16, 2019**.  Payments must be received by 4:00 PM, in addition to a **Wage Directive** as required by General Order 2017-01, Paragraph 4, unless the Court orders otherwise.

3.    If the full payment specified in Paragraph 1 cannot be paid by the due date specified in Paragraph 2, the Debtor/Debtor's Attorney must meet with a representative of the Trustee **at 8:30 AM**, on November 01, 2019 at **7001 Blvd 26, Suite 150, North Richland Hills, TX 76180**.

**FAILURE TO BRING ALL PAYMENTS CURRENT BY THE DUE DATE (PARAGRAPH 2) OR SIGN AN INTERLOCUTORY ORDER BY THE PREHEARING DATE SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY COURT WITHOUT FURTHER NOTICE.**

Dated:  10/02/2019

/s/ Pam Bassel
_____

Pam Bassel, Trustee/State Bar # 01344800

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's 14 Day Notice of Intent to Certify Chapter 13 Case for Dismissal" was served on the Debtor date the instrument was filed electronically.  Service was accomplished electronically on attorney and all parties who filed a notice of appearance consenting to electronic service, and by first class mail on the Debtor.

/s/ Pam Bassel
_____

Pam Bassel, Trustee/State Bar # 01344800