

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 8, 2019

_____
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                                    Case Number: 17-43890-ELM

**ANGEL REE SANSOM**
  AKA: ANGEL RUSK; ANGEL RUSK-SANSOM
  2315 Westbrook Dr
  Carrollton, TX 75007
  SSN/TIN: XXX-XX-7205

**DEBTOR**

### ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO GENERAL ORDER  (14 DAY NOI-$)

On certification of the Standing Chapter 13 Trustee, as evidenced by the signature below, the Debtor failed to timely pay the Trustee Payments specified in the Debtor's Plan. Fourteen (14) days' written notice of such failure was given to Debtor and the Attorney of the Debtor, if any, prior to submission hereof.  The Court is of the opinion that the Notice of Intent to Dismiss should be GRANTED based on:

The Parties' announcement of no opposition at or prior to docket call.

IT IS THEREFORE ORDERED that this case is hereby DISMISSED without prejudice PROVIDED that if, within fourteen (14) days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

IT IS FURTHER ORDERED that all debts due and owing creditors as of this date are NOT DISCHARGED or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # END OF ORDER # # #

APPROVED:

/s/ Pam Bassel
_____
Pam Bassel
Standing Chapter 13 Trustee