

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 8, 2019**

_____
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                        **Case Number: 17-43890-ELM**

   **ANGEL REE SANSOM**
      ANGEL RUSK; ANGEL RUSK-SANSOM
      2315 Westbrook Dr
      Carrollton, TX 75007
      SSN/TIN: XXX-XX-7205

**DEBTOR**

### ORDER DENYING MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

    There came on for consideration the Modification of Chapter 13 Plan after Confirmation filed June 05, 2019. The Court FINDS that notice was and is appropriate under the circumstances. The Court is of the opinion that the Modification of Chapter 13 Plan after Confirmation should be DENIED based on:

    The Parties' announcement of no opposition at or prior to docket call.

    IT IS ORDERED that the Modification of Chapter 13 Plan after Confirmation be and the same is hereby DENIED.

### # # # END OF ORDER # # #